MHN

FILED
7-22-2010
JUL 22 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ROBERT TENNY, et al.,<br>Plaintiff(s)<br>vs.<br>ROD BLAGOJEVICH, et al.,<br>Defendant(s). | Case No. 10 C 3683<br>The Honorable<br>Charles R. Norgle<br>Judge Presiding. |

# MOTION TO ALTER OR AMEND THE JUDGMENT

NOW COMES, Plaintiff ROBERT TENNY pro-se., and pursuant to Federal Rules of Civil Procedures Rule 59(a), and request this Honorable Court to grant his motion to alter or amend its' judgment of dismissal for failure to state a claim. In support Plaintiff(s) states:

1. In its Order of June 30th, 2010, this Court ruled sua sponte that plaintiff(s) failed to state a cause of action upon which relief could be granted against Defendants and dismissed the entire complaint.

2. The deprivation of funds from Plaintiff(s) account systematically without statutory authority and above that which is statutorily allowed stated " sufficient facts " to state a due process violation. The Due Process claim of prison inmates involving his commissary account had to be supported by a protected interest in the use of that account. **Campbell v. Miller, 787 F.2d 217 (7th Cir. 1986) 730 ILCS 5/3-7-4 and 3-7-2a.**

3. However, this Court dismissed Plaintiff(s) complaint on supporting cases involving conditions of confinement in segregation with regard to purchase of certain goods and inadequate shelter. Thus, misconstruing Plaintiff(s) claims.

4. In support of the appropriate construction of Plaintiff(s) claims a memorandum of Law is attached in support of this motion.

**Wherefore, Plaintiff(s)**, prays that this Court grant his motion to alter or amend its judgment and re-instant this cause for further proceeding allowing the cause to proceed as a class-action and appointment of counsel.*

Furthermore, please take notice that this motion is being mailed July 9th, 2010, a Friday night and may be held until Monday for mailing by the Stateville mailroom who is charge with providing pre-paid postage.

Robert [signature]
Robert [illegible] #[illegible]0482
Stateville Corr. Center
P.O. BOX 112 Joliet, IL. 60434

* Plaintiff Brooks transferred to Mt. Sterling CC on about June 29th, 2010 and may not have an opportunity to seek to have the Court to alter or amend it Judgment. Although Plaintiff(s) can't represent Mr. Brooks, it is requested that under the circumstances that the Court include Brooks in its ruling on this motion.

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ROBERT TENNY, et al., )
Plaintiff,s, )
) Case No. 10 C 3683
v. ) The Honorable
) Charles R. Norgle
ROD BLAGOJEVICH, el al., ) Judge presiding.
Defendant s.

## PROOF/CERTIFICATE OF SERVICE

TO: CLERK OF THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

TO: ____________________

PLEASE TAKE NOTICE that on July 9th, 2010, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

MOTION TO ALTER OR AMEND JUDGMENT AND SUPPORTING MEMORANDUM OF LAW.

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: July 9th, 2010

/s/ [signature]
NAME: Robert Tenny
IDOC#: N-10482
Stateville Correctional Center
P.O. BOX 112
Joliet, IL 60604

Revised Jan 2002