FILED
SEP - 3 2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Robert Tenny
PLAINTIFF'S,

VS. Case No. 10 C 3683

ROD BLAGOJEVICH, et al.,
DEFENDANTS.

# NOTICE OF APPEAL

NOTICE IS HEREBY given that Lewis C. Henry, Kelvin Norwood, Robert Tenny, Johnnie Ross, Lynn Brooks, and Clayborn Smith, plaintiff-appellants in the above entitled case, hereby appeal to the United States Court of Appeals for The Seventh Circuit from the Order of dismissal on June 30, 2010 and the order denying Plaintiff's motion to alter and or amend the Court's June 30, 20210 order denied on August 03, 2010 and mailed August 10, 2010.

/s/ Robert Tenny
Reg. No.
Stateville Corr. Center
P.O. Box 112
Joliet, Illinois 60434-0112

September 3rd is 30day To Appeal

Order Form (01/2005)

**United States District Court, Northern District of ~~Illinois~~**

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
| CASE NUMBER | 10 C 3683 | DATE | 8/3/10 |
| CASE TITLE | Lewis C Henry (A-50173), et al. v. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The motions [11], [13] by two of the Plaintiffs to alter or amend the court's 6/30/10 order are denied. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to warrant changing that order. *See* Fed. R. Civ. P. 59(e); *Cosgrove v. Bartolotta*, 150 F.3d 729, 732 (7th Cir. 1998).

Charles Norgle

Docketing to mail notices.

| | |
|---|---|
| Courtroom Deputy Initials: | isk |

IN THE
United States District Court For
The Northern District of Illinois

| | | |
|---|---|---|
| Robert Tenny et al., Plaintiff, | ) ) ) | Case No. 10 C 3683 |
| v. | ) | |
| Rod Blagojevich, et al., Defendant | ) ) ) | |

## PROOF/CERTIFICATE OF SERVICE

TO: LISA MADIGAN
Attorney General
100 West Randolph Street, 12th Flr.
Chicago, IL 60601

TO:

PLEASE TAKE NOTICE that on August 30, 20 10, I have placed the documents listed below in the institutional mail at Stateville Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

NOTICE OF APPEAL

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: August 30, 2010

/s/
NAME: Robert Tenny
IDOC#:
Stateville Correctional Center
P.O. BOX 112
Joliet, , IL 60434

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 10 cv 3683

| PLAINTIFF (Petitioner) | v. DEFENDANT (Respondent) |
|---|---|
| Tenny/appellant | Blagojevich/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Robert Tenny | Name | |
| Firm | pro-se N-10482 | Firm | |
| Address | Statesville -STV<br>P.O. Box 112<br>Joliet, Il. 60434 | Address | |
| Phone | | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Norgle | Date Filed in District Court | 6/14/10 |
| Court Reporter | M. Pittman X-5576 | Date of Judgment | 7/2/10, 8/5/10 |
| Nature of Suit Code | 555 | Date of Notice of Appeal | 9/3/10 |

COUNSEL: Appointed [ ] Retained [ ] Pro Se [X]

FEE STATUS: Paid [ ] Due [ ] IFP [X]

IFP Pending [ ] U.S. [ ] Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office? Yes [ ] No [X]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ] Denied [ ] Pending [ ]

If Certificate of Appealability was granted or denied, date of order: ____________

If defendant is in federal custody, please provide U.S. Marshall number (USM#): ____________

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A). Rev 04/01**

# United States District Court, Northern District of Illinois

MHN

| | | | |
|---|---|---|---|
| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | 6-30-2010 |
| CASE NUMBER | 10 C 3683 | DATE | 6-30-10 |
| CASE TITLE | Lewis C. Henry (A-50173), et al. v. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiffs' respective motions for leave to file *in forma pauperis* [3-8] are granted. *In forma pauperis* status is also granted for Clayborn Smith. The Court authorizes the trust fund officer at the Plaintiffs' place of confinement to make deductions from each Plaintiff's trust fund account in accordance with this order. This case is dismissed. *See* 28 U.S.C. § 1915A. The dismissal of this suit counts as a strike against each Plaintiff under 28 U.S.C. § 1915(g). All other pending motions are denied.

Charles Norgle

■ **[For further details see text below.]** Docketing to mail notices.

## STATEMENT

Seven inmates at the Stateville Correctional Center have brought this 42 U.S.C. § 1983 civil rights action. Plaintiffs Lewis Henry (A-50173), Robert Tenny (N-10482), Kelvin Norwood (N-90286), Lynn Brooks (B-62713), Derrick Morgan (A-10514), Clayborn Smith (B-13485), and Johnnie Ross (B-60461) filed this suit against the following Defendants, former Governor Rod Blagojevich, the former and current directors of the Illinois Department of Corrections ("IDOC"), several IDOC officials, and former wardens of Stateville. The Plaintiffs allege that commissary prices have increased from 3% to 7% over the past several years. They contend that, although such charges were supposed to cover the costs of wages of commissary employees, the revenues from mark-ups in 2006, 2007, and 2008 exceeded the costs for wages. The Plaintiffs assert that the Defendants have profited from the excess mark-ups. The Plaintiffs argue that their due process rights, equal protection rights, and rights against unlawful seizure of property have been violated. They seek a declaratory judgment finding commissary price increases illegal, an injunction on increasing prices, and damages. They also seek class certification, however, *pro se* prisoners are generally not allowed to represent a class. *See Phillips v. Tobin*, 548 F.2d 408, 413-14 (2d Cir. 1976); *Oxendine v. Williams*, 509 F.2d 1405, 1407 (4th Cir. 1975).

The Plaintiffs are all alleging the same facts and issues of law, and they jointly seek relief. Their joinder appears proper. Fed. R. Civ. P. 20. When there are multiple plaintiffs seeking to proceed *in forma pauperis*, the $350 filing fee applies to each plaintiff. *Boriboune v. Berge*, 391 F.3d 852, 856 (7th Cir. 2004).

In this case, six of the seven Plaintiffs have submitted *in forma pauperis* applications. Each Plaintiff must pay a $350 filing fee, *Boriboune*, 391 F.3d at 856, yet it is apparent that none of them can prepay their respective fees. The Court grants *in forma pauperis* status for each Plaintiff and assesses the following initial partial filing fees: $9.52 for Lewis Henry; $4.00 for Robert Tenny; $1.58 for Kelvin Norwood; $15.80 for Lynn Brooks; $18.00 for Derrick Morgan; and $20.80 for Johnnie Ross. Although the Court did not receive an *in forma pauperis* application from Clayborn Smith and he has already accumulated three strikes, for the sake of judicial economy and continuity, the Court assumes that he meant to file an *in forma pauperis* application, grants him *in forma pauperis* status, waives the initial partial filing fee, and directs the trust fund officer to make deductions from Smith's account in accordance with this directive below.

**(CONTINUE)**

isk

**STATEMENT (continued)**

The trust fund officer at the Plaintiffs' place of incarceration, currently Stateville, shall deduct the initial partial filing fee from each Plaintiff's trust fund account and pay it directly to the clerk of court. After payment of the initial partial filing fee, the trust fund officer is authorized to collect monthly payments from each Plaintiff's trust fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from each trust fund account shall be forwarded to the clerk of court when the amount in each account exceeds $10 until each Plaintiff has paid the full $350 filing fee. All payments shall be sent to the Clerk, United States District Court, 219 S. Dearborn St., Chicago, IL 60604, 20th floor, and shall clearly identify the Plaintiff's name and the case number of this action. Each Plaintiff shall remain responsible for his filing fee, and Stateville inmate trust account officers shall notify transferee authorities of any outstanding balance for any Plaintiff that is transferred.

Although the Plaintiffs may proceed *in forma pauperis*, their complaint fails to state a claim upon which relief may be granted. Under 28 U.S.C. § 1915A, this Court must conduct a preliminary review of all suits brought by prisoners and dismiss it, if the Court determines that it is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief. The Plaintiffs' complaint fails to state a claim upon which relief can be granted.

The complaint alleges that the Plaintiffs' rights have been violated by the increase of prices of commissary items over the market price and beyond the costs necessary to cover the expenses of running the commissaries. Commissary prices, however, implicate no constitutional right. *See Robinson v. Illinois State Correctional Center (Stateville) Warden*, 890 F. Supp. 715, 718 (N.D. Ill. 1995). Although the Plaintiffs contend that the setting of commissary prices does not accord with the intent of state law, they allege no federal law or constitutional violation. The Plaintiffs do not allege that they were denied the basic necessities of living, which jails and prisons are required to provide. Rather, they allege only that they are charged too much for commissary items. Because prisons provide for the basic necessities of living for its inmates, the Plaintiffs have no protected property or liberty interest in commissary privileges. *See id.*; *see also Tokar v. Armontrout*, 97 F.3d 1078, 1083 (8th Cir. 1996); *Bennett v. Sheahan,* No. 99-2270, 1999 WL 967534, *4 (N.D. Ill. 1999) (Holderman, J.). Given that the Plaintiffs have no federal constitutional right to purchase commissary items, they have no right to purchase commissary items at a particular price or to have Defendants restrained from charging certain prices. *See French v. Butterworth*, 614 F.2d 23, 25 (1st. Cir. 1980) ("there is simply no legal basis for a demand that inmates be offered items for purchase at or near cost"); *Brown v. Gulash*, 2009 WL 2144592, *5 (S.D. Ill. 2009).

Accordingly, the complaint is dismissed for failure to state a claim upon which this Court may grant relief. *See* § 1915A. The dismissal of the complaint counts as a strike against each Plaintiff under 28 U.S.C. § 1915(g). The Plaintiffs are advised that, if they accumulate three strikes, each will be barred from filing a future federal actions without the prepayment of the filing fee, unless the Plaintiff is in imminent danger of serious physical harm. § 1915(g).

If the Plaintiffs wish to appeal this dismissal, they may file a notice of appeal with this Court within thirty days of the entry of judgment. Fed. R. App. P. 4(a)(4). If they seek leave to proceed *in forma pauperis* on appeal, their motions should set forth the issues they intend to present on appeal. *See* Fed. R. App. P. 24(a)(1)(C). If the Plaintiffs do choose to appeal, each inmate who joins the appeal will be liable for the $455 appellate filing fee irrespective of the outcome of the appeal. *Evans v. Illinois Dept. of Corrections*, 150 F.3d 810, 812 (7th Cir. 1998). Furthermore, if the appeal is found to be non-meritorious, each Plaintiff may also accumulate another "strike."

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 3683 | **DATE** | 8/3/10 |
| **CASE TITLE** | Lewis C Henry (A-50173), et al. v. Blagojevich, et al. | | |

**DOCKET ENTRY TEXT:**

The motions [11], [13] by two of the Plaintiffs to alter or amend the court's 6/30/10 order are denied. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to warrant changing that order. *See* Fed. R. Civ. P. 59(e); *Cosgrove v. Bartolotta*, 150 F.3d 729, 732 (7th Cir. 1998).

Docketing to mail notices.

| Courtroom Deputy Initials: | isk |
|---|---|

APPEAL, KEYS, PC, TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:10-cv-03683**
**Internal Use Only**

Henry et al v. Blagojevich et al
Assigned to: Honorable Charles R. Norgle, Sr
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/14/2010
Date Terminated: 06/30/2010
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Lewis C Henry** represented by **Lewis C Henry**
A-50173
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

**Robert Tenny** represented by **Robert Tenny**
N-10482
Stateville - STV
P. O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

**Kelvin Norwood** represented by **Kelvin Norwood**
N-90286
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

**Lynn Brooks** represented by **Lynn Brooks**
B-62713
Western - WST
2500 Route 99 South
Mt. Sterling, IL 62353
PRO SE

**Plaintiff**

**Derrick Morgan** represented by **Derrick Morgan**

| | | |
|---|---|---|
| | | A-10514<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |
| **Plaintiff** | | |
| **Clayborn Smith** | represented by | **Clayborn Smith**<br>B-13485<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |
| **Plaintiff** | | |
| **Johnnie Ross** | represented by | **Johnnie Ross**<br>B-60461<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |

V.

**Defendant**

**Rod Blagojevich**
*Former Governor*

**Defendant**

**Derdre Battaglia**
*Former Warden*

**Defendant**

**Jimmy Dominguez**
*Former A/Warden*

**Defendant**

**Venita Wright**
*Former A/Warden*

**Defendant**

**Terry McCann**
*Former Warden*

**Defendant**

**Mark Hosey**
*A/Warden*

**Defendant**

**Roger E. Walker, Jr.**
*Former Director*

**Defendant**

**Anthony Ramos**
*Former Warden*

**Defendant**

**Marcus Hardy**
*Warden*

**Defendant**

**Michael P. Randle**
*Director*

**Defendant**

**Kenneth E Harris**
*Business Adm.*

**Defendant**

**Milton Jones**

**Defendant**

**Anthony Sorentino**

**Defendant**

**Pedro Mata**

**Defendant**

**Francine McKenzie**

**Defendant**

**Fredrick Doe**

**Defendant**

**Other Unknown Employees of Department of Management**

| | | |
|---|---|---|
| **Service List** | represented by | **Illinois Department of Corrections**<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601<br>*ATTORNEY TO BE NOTICED*<br><br>**Prisoner Correspondence - Internal Use Only**<br>Email:<br>Prison1_ILND@ilnd.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2010 | 1 | RECEIVED Complaint and twelve copies by Lynn Brooks, Lewis C Henry, Derrick Morgan, Kelvin Norwood, Johnnie Ross, Clayborn Smith, Robert Tenny. (Exhibits). (Poor Quality Original - Paper Document on File.) (gmr, ) (Envelope postmarked 6/10/10) Modified on 6/16/2010 (aew, ). (Entered: 06/15/2010) |
| 06/14/2010 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 3 | APPLICATION by Plaintiff Lewis C Henry for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 4 | APPLICATION by Plaintiff Robert Tenny for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 5 | APPLICATION by Plaintiff Kelvin Norwood for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 6 | APPLICATION by Plaintiff Lynn Brooks for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 7 | APPLICATION by Plaintiff Derrick Morgan for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 8 | APPLICATION by Plaintiff Johnnie Ross for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/30/2010 | 9 | WRITTEN Opinion Signed by the Honorable Charles R. Norgle, Sr on 6/30/2010: Plaintiffs' respective motions for leave to file in forma pauperis [3-8] are granted. In forma pauperis status is also granted for Clayborn Smith. The Court authorizes the trust fund officer at the Plaintiffs' place of confinement to make deductions from each Plaintiff's trust fund account in accordance with this order. This case is dismissed. See 28 U.S.C. § 1915A. The dismissal of this suit counts as a strike against each Plaintiff under 28 U.S.C. § 1915(g). All other pending motions are denied. (For further details see minute order.) Mailed notice(gmr, ) (Entered: 07/02/2010) |
| 06/30/2010 | | (Court only) ***Civil Case Terminated. (gmr, ) (Entered: 07/02/2010) |
| 07/01/2010 | 10 | NOTICE by Lynn Brooks of Change of Address. (jj, ) (Entered: 07/06/2010) |
| 07/22/2010 | 11 | MOTION by Plaintiff Robert Tenny to alter or amend the judgment. (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 12 | MEMORANDUM of Law by Robert Tenny in support of motion to alter or amend judgment 11 . (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 13 | MOTION by Plaintiff Kelvin Norwood to alter or amend the judgment. (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 14 | MEMORANDUM of Law by Kelvin Norwood in support of motion to alter or amend judgment 13 . (gmr, ) (Entered: 07/26/2010) |

| | | |
|---|---|---|
| 07/23/2010 | | MAILED copy of order dated 6/30/10 to Plaintiff Lynn Brooks pursuant to request by Prisoner Correspondence. (gmr, ) (Entered: 07/23/2010) |
| 07/23/2010 | 15 | MOTION by Plaintiff Derrick Morgan to alter or amend the judgment. (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 16 | MEMORANDUM of Law by Derrick Morgan in support of motion to alter or amend judgment 15 . (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 17 | MOTION by Plaintiff Clayborn Smith to alter or amend the judgment. (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 18 | MEMORANDUM of Law by Clayborn Smith in support of motion to alter or amend judgment 17 . (gmr, ) (Entered: 07/27/2010) |
| 07/29/2010 | 19 | MOTION by Plaintiff Lewis C Henry to alter or amend the judgment. (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 20 | MEMORANDUM of Law by Lewis C Henry in support of motion to alter or amend judgment 19 . (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 21 | MOTION by Plaintiff Johnnie Ross to alter or amend the judgment. (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 22 | MEMORANDUM of Law by Johnnie Ross in support of motion to alter or amend judgment 21 . (gmr, ) (Entered: 08/02/2010) |
| 08/03/2010 | 23 | MINUTE entry before Honorable Charles R. Norgle, Sr: The motions 11 , 13 by two of the Plaintiffs to alter or amend the court's 6/30/10 order are denied. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to warrant changing that order. See Fed. R. Civ. P. 59(e); Cosgrove v. Bartolotta, 150 F.3d 729, 732 (7th Cir. 1998). Mailed notice (gmr, ) (Entered: 08/05/2010) |
| 08/10/2010 | 24 | MINUTE entry before Honorable Charles R. Norgle, Sr: The additional motions seeking to alter or amend the court's 6/30/10 order 19 , 21 are denied for the same reasons stated by the court in its 8/3/10, order. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to justify changing the 6/30/10 order. See Fed. R. Civ. P. 59(e); Cosgrove v. Bartolotta, 150 F.3d 729, 732 (7th Cir. 1998). Mailed notice (gmr, ) (Entered: 08/13/2010) |
| 09/03/2010 | 25 | NOTICE of appeal by Robert Tenny regarding orders 23 , 9 (ifp) (dj, ) (Entered: 09/07/2010) |
| 09/07/2010 | 26 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/07/2010) |