# United States DistrictCourt

**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**

**CLERK 312-435-5670**

**September 29, 2010**

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Henry -v- Blagojevich

U.S.D.C. DOCKET NO. ***10 cv 3683***

U.S.C.A. DOCKET NO. : ***10-3075, 10-3076, 10-3077, 10-3078, 10-3106 & 10-3140***

Dear Mr. Agnello:

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(s) OF PLEADING(S): **1**

ELECTRONIC VOLUME(S) of TRANSCRIPTS:

VOLUME(S) OF PLEADING(S)

VOLUME(S) OF TRANSCRIPT(S)

VAULT ITEMS:

OTHER (SPECIFY):

SPECIAL NOTE:

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By /s/ D. Jordan, Deputy Clerk

**I, MICHAEL W. DOBBINS, CLERK** of the United States District Court for the Northern District of Illinois, do hereby certify to the United States Court of Appeals, for the Seventh Circuit, that the documents submitted herewith and annexed hereto are the original papers filed and entered of record in my office, on the dates in the List of Documents, and together with a true copy of docket entries as they appear in the official dockets in this office, consisting of:

***1 Volume of Pleadings***

In the cause entitled: Henry -v- Blagojevich.

USDC NO. : 10 cv 3683

USCA NO. : 10-3075, 10-3076, 10-3077, 10-3078, 10-3106 &10-3140

IN TESTIMONY WHEREOF, I hereunto subscribed my name and affixed the seal of the aforesaid Court at Chicago, Illinois, this 29th day of Sept. 2010.

MICHAEL W. DOBBINS, CLERK

By: /s/ D. Jordan, Deputy Clerk

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK

By s/ D. JORDAN
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS

DATE: SEPTEMBER 29, 2010

APPEAL, KEYS, PC, TERMED

**United States District Court**
**Northern District of Illinois - CM/ECF LIVE, Ver 4.1.1 (Chicago)**
**CIVIL DOCKET FOR CASE #: 1:10-cv-03683**
**Internal Use Only**

Henry et al v. Blagojevich et al
Assigned to: Honorable Charles R. Norgle, Sr
Case in other court: 10-03075
10-03076
10-03077
10-03078
10-03106
10-03140
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 06/14/2010
Date Terminated: 06/30/2010
Jury Demand: Plaintiff
Nature of Suit: 555 Civil Rights (Prison Condition)
Jurisdiction: Federal Question

**Plaintiff**

**Lewis C Henry** represented by **Lewis C Henry**
A-50173
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

**Robert Tenny** represented by **Robert Tenny**
N-10482
Stateville - STV
P. O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

**Kelvin Norwood** represented by **Kelvin Norwood**
N-90286
Stateville - STV

P.O. Box 112
Joliet, IL 60434
PRO SE

**Plaintiff**

| | | |
|---|---|---|
| **Lynn Brooks** | represented by | **Lynn Brooks**<br>B-62713<br>Western - WST<br>2500 Route 99 South<br>Mt. Sterling, IL 62353<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Derrick Morgan** | represented by | **Derrick Morgan**<br>A-10514<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Clayborn Smith** | represented by | **Clayborn Smith**<br>B-13485<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |

**Plaintiff**

| | | |
|---|---|---|
| **Johnnie Ross** | represented by | **Johnnie Ross**<br>B-60461<br>Stateville - STV<br>P.O. Box 112<br>Joliet, IL 60434<br>PRO SE |

**V.**

**Defendant**

**Rod Blagojevich**

*Former Governor*

**Defendant**

**Derdre Battaglia**
*Former Warden*

**Defendant**

**Jimmy Dominguez**
*Former A/Warden*

**Defendant**

**Venita Wright**
*Former A/Warden*

**Defendant**

**Terry McCann**
*Former Warden*

**Defendant**

**Mark Hosey**
*A/Warden*

**Defendant**

**Roger E. Walker, Jr.**
*Former Director*

**Defendant**

**Anthony Ramos**
*Former Warden*

**Defendant**

**Marcus Hardy**
*Warden*

**Defendant**

**Michael P. Randle**

*Director*

**Defendant**

**Kenneth E Harris**
*Business Adm.*

**Defendant**

**Milton Jones**

**Defendant**

**Anthony Sorentino**

**Defendant**

**Pedro Mata**

**Defendant**

**Francine McKenzie**

**Defendant**

**Fredrick Doe**

**Defendant**

**Other Unknown Employees of Department of Management**

| | | |
|---|---|---|
| **Service List** | represented by | **Illinois Department of Corrections**<br>100 West Randolph, Suite 4-200<br>Chicago, IL 60601<br>*ATTORNEY TO BE NOTICED*<br><br>**Prisoner Correspondence - Internal Use Only**<br>Email:<br>Prison1_ILND@ilnd.uscourts.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2010 | 1 | RECEIVED Complaint and twelve copies by Lynn Brooks, Lewis C Henry, Derrick Morgan, Kelvin Norwood, Johnnie Ross, Clayborn Smith, Robert Tenny. (Exhibits). (Poor Quality Original - Paper Document on File.) (gmr, ) (Envelope postmarked 6/10/10) Modified on 6/16/2010 (aew, ). (Entered: 06/15/2010) |
| 06/14/2010 | 2 | CIVIL Cover Sheet. (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 3 | APPLICATION by Plaintiff Lewis C Henry for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 4 | APPLICATION by Plaintiff Robert Tenny for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 5 | APPLICATION by Plaintiff Kelvin Norwood for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 6 | APPLICATION by Plaintiff Lynn Brooks for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 7 | APPLICATION by Plaintiff Derrick Morgan for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/14/2010 | 8 | APPLICATION by Plaintiff Johnnie Ross for leave to proceed in forma pauperis. (Exhibit). (gmr, ) (Entered: 06/15/2010) |
| 06/30/2010 | 9 | WRITTEN Opinion Signed by the Honorable Charles R. Norgle, Sr on 6/30/2010: Plaintiffs' respective motions for leave to file in forma pauperis [3-8] are granted. In forma pauperis status is also granted for Clayborn Smith. The Court authorizes the trust fund officer at the Plaintiffs' place of confinement to make deductions from each Plaintiff's trust fund account in accordance with this order. This case is dismissed. See 28 U.S.C. § 1915A. The dismissal of this suit counts as a strike against each Plaintiff under 28 U.S.C. § 1915(g). All other pending motions are denied. (For further details see minute order.) Mailed notice(gmr, ) (Entered: 07/02/2010) |
| 06/30/2010 | | (Court only) ***Civil Case Terminated. (gmr, ) (Entered: 07/02/2010) |
| 07/01/2010 | 10 | NOTICE by Lynn Brooks of Change of Address. (jj, ) (Entered: 07/06/2010) |
| 07/22/2010 | 11 | MOTION by Plaintiff Robert Tenny to alter or amend the judgment. (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 12 | MEMORANDUM of Law by Robert Tenny in support of motion to alter or amend judgment 11 . (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 13 | MOTION by Plaintiff Kelvin Norwood to alter or amend the judgment. (gmr, ) (Entered: 07/26/2010) |
| 07/22/2010 | 14 | MEMORANDUM of Law by Kelvin Norwood in support of motion to alter or amend judgment 13 . (gmr, ) (Entered: 07/26/2010) |

| | | |
|---|---|---|
| 07/23/2010 | | MAILED copy of order dated 6/30/10 to Plaintiff Lynn Brooks pursuant to request by Prisoner Correspondence. (gmr, ) (Entered: 07/23/2010) |
| 07/23/2010 | 15 | MOTION by Plaintiff Derrick Morgan to alter or amend the judgment. (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 16 | MEMORANDUM of Law by Derrick Morgan in support of motion to alter or amend judgment 15 . (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 17 | MOTION by Plaintiff Clayborn Smith to alter or amend the judgment. (gmr, ) (Entered: 07/27/2010) |
| 07/23/2010 | 18 | MEMORANDUM of Law by Clayborn Smith in support of motion to alter or amend judgment 17 . (gmr, ) (Entered: 07/27/2010) |
| 07/29/2010 | 19 | MOTION by Plaintiff Lewis C Henry to alter or amend the judgment. (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 20 | MEMORANDUM of Law by Lewis C Henry in support of motion to alter or amend judgment 19 . (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 21 | MOTION by Plaintiff Johnnie Ross to alter or amend the judgment. (gmr, ) (Entered: 08/02/2010) |
| 07/29/2010 | 22 | MEMORANDUM of Law by Johnnie Ross in support of motion to alter or amend judgment 21 . (gmr, ) (Entered: 08/02/2010) |
| 08/03/2010 | 23 | MINUTE entry before Honorable Charles R. Norgle, Sr: The motions 11 , 13 by two of the Plaintiffs to alter or amend the court's 6/30/10 order are denied. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to warrant changing that order. See Fed. R. Civ. P. 59(e); Cosgrove v. Bartolotta, 150 F.3d 729, 732 (7th Cir. 1998). Mailed notice (gmr, ) (Entered: 08/05/2010) |
| 08/10/2010 | 24 | MINUTE entry before Honorable Charles R. Norgle, Sr: The additional motions seeking to alter or amend the court's 6/30/10 order 19 , 21 are denied for the same reasons stated by the court in its 8/3/10, order. The Plaintiffs have demonstrated neither a manifest error of law nor any other reason to justify changing the 6/30/10 order. See Fed. R. Civ. P. 59(e); Cosgrove v. Bartolotta, 150 F.3d 729, 732 (7th Cir. 1998). Mailed notice (gmr, ) (Entered: 08/13/2010) |
| 09/03/2010 | 25 | NOTICE of appeal by Robert Tenny regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 8/31/10) Modified on 9/20/2010 (aew, ). (Entered: 09/07/2010) |
| 09/03/2010 | 28 | NOTICE of appeal by Kelvin Norwood regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 8/31/10) Modified on 9/20/2010 (aew, ). (Entered: 09/07/2010) |
| 09/03/2010 | 31 | NOTICE of appeal by Derrick Morgan regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 9/1/10) Modified on 9/20/2010 (aew, ). (Entered: |

| | | |
|---|---|---|
| | | 09/07/2010) |
| 09/03/2010 | 34 | NOTICE of appeal by Johnnie Ross regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 8/31/10) Modified on 9/20/2010 (aew, ). (Entered: 09/07/2010) |
| 09/07/2010 | 26 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 27 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 25 . Notified counsel (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 29 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 30 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 28 . Notified counsel (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 32 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 33 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 31 . Notified counsel (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 35 | ~~NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 36 | ~~TRANSMITTED to the 7th Circuit the short record on notice of appeal 34 . Notified counsel (dj, ) (Entered: 09/07/2010)~~ |
| 09/07/2010 | 37 | DOCKETING Statement by Robert Tenny regarding notice of appeal 25 (dj, ) (Entered: 09/09/2010) |
| 09/07/2010 | 38 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 25 ; USCA Case No. 10-3075. (lp, ) (Entered: 09/09/2010)~~ |
| 09/07/2010 | 39 | ~~CIRCUIT Rule 3(b) Notice. (lp, ) (Entered: 09/09/2010)~~ |
| 09/07/2010 | 40 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 31 ; USCA Case No. 10-3077. (lp, ) (Entered: 09/09/2010)~~ |
| 09/07/2010 | 41 | DOCKETING Statement by Derrick Morgan regarding notice of appeal 31 (dj, ) (Entered: 09/09/2010) |
| 09/07/2010 | 42 | NOTICE of appeal by Lewis C Henry regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 8/31/10) Modified on 9/20/2010 (aew, ). (Entered: 09/09/2010) |
| 09/07/2010 | 43 | DOCKETING Statement by Lewis C Henry regarding notice of appeal 42 (dj, ) (Entered: 09/09/2010) |
| 09/07/2010 | 50 | DOCKETING Statement by Clayborn Smith regarding notice of appeal 49 (dj, ) (Entered: 09/14/2010) |
| 09/07/2010 | 55 | ~~ACKNOWLEDGEMENT of receipt of short record on appeal regarding~~ |

| | | |
|---|---|---|
| | | notice of appeal 28 ; USCA Case No. 10-3076 (dj, ) (Entered: 09/15/2010) |
| 09/07/2010 | 63 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 34 ; USCA Case No. 10-3078 (dj, ) (Entered: 09/21/2010) |
| 09/09/2010 | 44 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/09/2010) |
| 09/09/2010 | 45 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 42 . Notified counsel (dj, ) (Entered: 09/09/2010) |
| 09/09/2010 | 46 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 42 ; USCA Case No. 10-3106. (kj, ) (Entered: 09/10/2010) |
| 09/09/2010 | 47 | APPLICATION by Plaintiff Clayborn Smith for leave to appeal in forma pauperis and financial affidavit. (Poor Quality Original - paper Document on File) (vcf, ) (Entered: 09/13/2010) |
| 09/09/2010 | 48 | MOTION by Plaintiff Lewis C. Henry permission to appeal in forma pauperis. (vcf, ) (Entered: 09/13/2010) |
| 09/13/2010 | 49 | NOTICE of appeal by Clayborn Smith regarding orders 23 , 9 (ifp) (dj, ) (Envelope postmarked 8/31/10) Modified on 9/20/2010 (aew, ). (Entered: 09/14/2010) |
| 09/14/2010 | 51 | NOTICE of Appeal Due letter sent to counsel of record (dj, ) (Entered: 09/14/2010) |
| 09/14/2010 | 52 | TRANSMITTED to the 7th Circuit the short record on notice of appeal 49 . Notified counsel (dj, ) (Entered: 09/14/2010) |
| 09/14/2010 | 53 | ACKNOWLEDGEMENT of receipt of short record on appeal regarding notice of appeal 49 ; USCA Case No. 10-3140. (gmr, ) (Entered: 09/15/2010) |
| 09/14/2010 | 54 | CIRCUIT Rule 3(b) Notice. (gmr, ) (Entered: 09/15/2010) |
| 09/14/2010 | 56 | COPY of order dated 9/14/2010 from the Seventh Circuit regarding notice of appeal 28 ; Appellate case no. : 10-3076; The following is before the court: MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS, filed on September 14, 2010, by the pro se appellant. The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly, IT IS ORDERED that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24. (gmr, ) (Entered: 09/15/2010) |
| 09/14/2010 | 57 | MOTION by Plaintiff Kelvin Norwood for permission to appeal in forma pauperis. (Exhibits). (gmr, ) (Entered: 09/15/2010) |

| | | |
|---|---|---|
| 09/15/2010 | 58 | ~~ORDER dated 9/15/2010 from the 7th Circuit regarding notice of appeal 25 ; Appellate case no. : 10-3075; It is ordered that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed.R.App.P.24. (jj, ) (Entered: 09/16/2010)~~ |
| 09/15/2010 | 59 | ~~ORDER dated 9/15/2010 from the 7th Circuit regarding notice of appeal 42 ; Appellate case no. : 10-3106; It is ordered that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed.R.App.P.24. (jj, ) (Entered: 09/16/2010)~~ |
| 09/16/2010 | 60 | MOTION by Plaintiff Derrick Morgan for permission to appeal in forma pauperis. (Exhibits). (gmr, ) (Entered: 09/20/2010) |
| 09/16/2010 | 61 | ~~CERTIFICATE by Robert Tenney. (Exhibit). (gmr, ) (Entered: 09/20/2010)~~ |
| 09/16/2010 | 62 | LETTER from Robert Tenney dated 9/13/10. (gmr, ) (Entered: 09/20/2010) |
| 09/20/2010 | 64 | ~~CERTIFIED copy of order dated 9/20/2010 from the Seventh Circuit regarding notice of appeal 34 ; Appellate case no. : 10-3078; The pro se appellant has erroneously filed the motion for leave to appeal in forma pauperis in this court. The pro se appellant should have filed the motion in the district court in the first instance. Accordingly, IT IS ORDERED that the clerk of this court transfer the motion to the clerk of the district court for a ruling on the motion, along with a copy of this order. The pro se appellant is reminded that if the district court denies the in forma pauperis motion, he/she must refile the motion in this court pursuant to Fed. R. App. P. 24. (gmr, ) (Entered: 09/21/2010)~~ |
| 09/20/2010 | 65 | MOTION by Plaintiff Johnnie Ross for permission to appeal in forma pauperis. (Exhibits). (gmr, ) (Entered: 09/21/2010) |

**KEY**

**All items are included in this record.**
**All crossed out items are not included in the record.**
**S/C: These items are sent under a separate certificate.**
**N/A: These items are not available.**